JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant Lurita Alexis Doan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>LURITA ALEXIS DOAN,<br>ADMINISTRATOR, GENERAL<br>SERVICES ADMINISTRATION,<br><br>Defendant. | Case No. C 07-6036 (EDL)<br><br>DEFENDANT'S CASE MANAGEMENT<br>CONFERENCE STATEMENT<br><br>Date: March 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: E |

Defendant, Lurita Alexis Doan, Administrator, General Services Administration ("defendant"), by and through her undersigned attorneys, hereby submits the following Case Management Conference Statement pursuant to Rule 16-9 of the Civil Local Rules for the Northern District of California:

1. <u>Jurisdiction and Service</u>: This case involves a claim for alleged discrimination in employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e <u>et seq</u>., the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, and the Family Medical Leave Act, 29 U.S.C. § 2601 <u>et seq</u>., over which this court has jurisdiction pursuant to

DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT
C 07-6036 (EDL)

1    28 U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue in this case.

2        2.    <u>Defendant's Statement</u>:  Defendant denies that she discriminated against plaintiff
3    based on his race, color, age and sex.  Defendant also denies that she harassed plaintiff or
4    retaliated against him or interfered with his rights under the Family Medical Leave Act.

5        3.    <u>Legal Issues</u>:  The following legal issues are in dispute: whether defendant
6    discriminated against plaintiff on the basis of his race, color, age or sex; whether defendant
7    harassed plaintiff based on his race, color, age or sex; whether defendant retaliated against
8    plaintiff.

9        4.    <u>Motions</u>:  There are no pending motions.  Defendant anticipates that she will file
10   a motion for summary judgment.

11       5.    <u>Amendment of Pleadings</u>: None at this time.

12       6.    <u>Evidence Preservation</u>:  Defendant has taken affirmative steps to preserve any
13   documents and/or evidence related to this case.

14       7.    <u>Disclosures</u>: Defendant served her statement of initial disclosures pursuant to Fed.
15   R. Civ. P. 26 on February 26, 2008.

16       8.    <u>Discovery</u>:  No discovery has taken place. Defendant intends to serve written
17   discovery and conduct depositions.

18       9.    <u>Class Actions</u>:  Not applicable.

19       10.   <u>Related Cases</u>:  None.

20       11.   <u>Relief</u>:  Defendant denies that plaintiff is entitled to any relief.

21       12.   <u>Settlement and ADR</u>:  Defendant does not believe that ADR will be helpful.

22       13.   <u>Consent to Magistrate Judge for All Purposes</u>: Defendant consents to have a
23   magistrate judge conduct all further proceedings.

24       14.   <u>Other References</u>: This case is not appropriate for binding arbitration, a special
25   master or reference to the MDL panel.

26       15.   <u>Narrowing of Issues</u>:  None anticipated at this time.

27
28   DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT
     C 07-6036 (EDL)                              2

1    16.    Expedited Schedule: An expedited schedule is not appropriate at this time.

2    17.    Scheduling: Defendant proposes the following discovery and trial dates:

3    Fact discovery cut-off:            September 5, 2008

4    Plaintiff's Expert disclosure:    September 19, 2008

5    Defendant's Expert Disclosure:    October 3, 2008

6    Expert discovery cut-off:          November 14, 2008

7    Last day to hear dispositive motions:            January 16, 2009

8    Pre-trial conference:              February 5, 2009

9    Trial:                             February 16, 2009

10    18.    Trial: Defendant estimates that a jury trial of this case will take four days.

11    19.    Disclosure of Non-Party Interested Entities or Persons: None.

12    20.    Other Matters: None.

14    Dated: February 26, 2008

15                                        Respectfully submitted,

16                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney

18                              By:           /s/
                                          ELLEN M. FITZGERALD
19                                        Assistant United States Attorney
                                          Attorney for Defendant

DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT
C 07-6036 (EDL)                                  3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

        DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

_X_   FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____   CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

____   PERSONAL SERVICE (BY MESSENGER)

____   FEDERAL EXPRESS via Priority Overnight

____   E-MAIL

____   FACSIMILE (FAX)

on the following party:

        Mr. Arthur L. Brown
        Plaintiff Pro Se
        1018 College Avenue
        San Mateo, CA 94401

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of February, 2008 at San Francisco, California.

                                 /s/
                        STEPHANIA CHIN
                        Legal Assistant