1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ELLEN M. FITZGERALD (NY 2408805)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
5  Tel:  (415) 436-7314
   Fax: (415) 436-6748
6  E-mail: ellen.fitzgerald@usdoj.gov

7  Attorneys for Defendant Lurita Alexis Doan

8
                     UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  ARTHUR L. BROWN,                 )
                                     )    Case No. C 07-6036 (EDL)
                                     )
13              Plaintiff,           )
                                     )    ANSWER
14  v.                               )
                                     )
15  LURITA ALEXIS DOAN,              )
    ADMINISTRATOR, GENERAL           )
16  SERVICES ADMINISTRATION,         )
                                     )
17              Defendant.           )
                                     )
18  _____)

19
20       Defendant, Lurita Alexis Doan, Administrator, General Services Administration

21  ("defendant"), by and through her undersigned attorneys, hereby answers plaintiff's complaint

    (the "Complaint") on information and belief as follows:
22
                           JURISDICTION AND VENUE
23
24       1.      Neither admits nor denies the allegations in paragraph 1 of the Complaint because

25  it constitutes the legal basis for the complaint and/or a legal conclusion as to which no answer is

    required.
26
27
   ANSWER
28 C 07-6036 (EDL)

1

<u>PARTIES</u>

2          2.          Admits the allegation in paragraph 2 of the Complaint.

3          3.          Admits the allegation in paragraph 3 of the Complaint.

4                              <u>FACTUAL ALLEGATIONS</u>

5          4.          Admits the allegations in the first and third sentences of paragraph 4 of the

6    Complaint.  Denies knowledge or information sufficient to form a belief as to the truth of the

7    allegations in the second sentence of paragraph 4 of the Complaint except admits that plaintiff

8    has worked for the General Services Administration ("GSA") for 18 years.

9          5.          Denies knowledge or information sufficient to form a belief as to the truth of the

10   allegations in paragraph 5 of the Complaint.

11         6.          Denies the allegations in paragraph 6 of the Complaint.

12         7.          Denies the allegations in paragraph 7 of the Complaint except admits that GSA

13   allowed plaintiff to take leave under the Family Medical Leave Act ("FMLA") in 2005 and part

14   of 2006.

15         8.          Denies the allegations in the first and second sentences of paragraph 8 of the

16   Complaint except admits that, on or about November 15, 2006, plaintiff received a warning

17   notice and his work performance rating.  Admits the allegation in the third sentence of paragraph

18   8 of the Complaint.

19         9.          Admits the allegation in the first sentence of paragraph 9 of the Complaint.

20   Denies the remaining allegations except admits that GSA denied plaintiff's request for FMLA

21   leave.

22         10.         Denies the allegation in paragraph 10 of the Complaint.

23         11.         Denies the allegations in paragraph 11 of the Complaint.

24         12.         Admits the allegation in paragraph 12 of the Complaint.

25         13.         Denies the allegation in paragraph 13 of the Complaint.

26         14.         Denies knowledge or information sufficient to form a belief as to the truth of the

27

28   ANSWER
     C 07-6036 (EDL)                          2

1   allegations in paragraph 14 of the Complaint.

2       15.     Admits the allegation in paragraph 15 of the Complaint.

3       16.     Admits the allegation in paragraph 16 of the Complaint.

4       17.     Admits the allegations in paragraph 17 of the Complaint.

5       18.     Denies knowledge or information sufficient to form a belief as to the truth of the

6   allegations in paragraph 18 of the Complaint.

7       19.     Admits the allegation in paragraph 19 of the Complaint.

8       20.     Admits the allegation in paragraph 20 of the Complaint.

9       21.     Admits the allegation in paragraph 21 of the Complaint.

10      22.     Admits the allegation in the first sentence of paragraph 22 of the Complaint.

11  Denies knowledge of information sufficient to form a belief as to the truth of the allegation in the

12  second sentence of paragraph 22 of the Complaint.

13      23.     Admits the allegation in the first sentence of paragraph 23 of the Complaint.

14  Neither admits nor denies the allegation in the second sentence of paragraph 23 of the Complaint

15  because it constitutes a list of the administrative claims which form the basis of the Complaint to

16  which no response is required except denies that plaintiff is entitled to any remedies.

17                          FIRST CAUSE OF ACTION

18                          (RACE DISCRIMINATION)

19      24.     Defendant restates each and every response set forth above in paragraphs 1

20  through 23 as if fully set forth herein.

21      25.     Admits the allegation in paragraph 25 of the Complaint.

22      26.     Admits the allegation in paragraph 26 of the Complaint.

23      27.     Denies the allegation in paragraph 27 of the Complaint.

24      28.     Denies the allegation in paragraph 28 of the Complaint.

25      The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

26  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

27

28  ANSWER
    C 07-6036 (EDL)                    3

1   prayed for therein.

2                           SECOND CAUSE OF ACTION

3                        (DISCRIMINATION BASED ON COLOR)

4          29.    Defendant restates each and every response set forth above in paragraphs 1

5   through 28 as if fully set forth herein.

6          30.    Admits the allegation in paragraph 30 of the Complaint.

7          35.[1]  Admits the allegation in paragraph 35 of the Complaint.

8          36.    Denies the allegation in paragraph 36 of the Complaint.

9          37.    Denies the allegation in paragraph 37 of the Complaint.

10         The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

11  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

12  prayed for therein.

13                           THIRD CAUSE OF ACTION

14                            (AGE DISCRIMINATION)

15         38.    Defendant restates each and every response set forth above in paragraphs 1

16  through 37 as if fully set forth herein.

17         39.    Admits the allegation in paragraph 39 of the Complaint.

18         40.    Admits the allegation in paragraph 40 of the Complaint.

19         41.    Denies the allegation in paragraph 41 of the Complaint.

20         42.    Denies the allegation in paragraph 42 of the Complaint.

21         The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

22  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

23  prayed for therein.

24

25

26

         [1]      Paragraphs 31-34 are missing from the Complaint.
27

28  ANSWER
    C 07-6036 (EDL)                        4

FOURTH CAUSE OF ACTION

(SEX DISCRIMINATION)

43.    Defendant restates each and every response set forth above in paragraphs 1 through 42 as if fully set forth herein.

44.    Admits the allegation in paragraph 44 of the Complaint.

45.    Admits the allegation in paragraph 45 of the Complaint.

46.    Denies the allegation in paragraph 46 of the Complaint.

47.    Denies the allegation in paragraph 47 of the Complaint.

The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief prayed for therein.

FIFTH CAUSE OF ACTION

(RETALIATION)

48.    Defendant restates each and every response set forth above in paragraphs 1 through 47 as if fully set forth herein.

49.    Admits the allegation in paragraph 49 of the Complaint.

50.    Admits the allegation in paragraph 50 of the Complaint.

51.    Denies the allegation in paragraph 51 of the Complaint.

52.    Denies the allegation in paragraph 52 of the Complaint.

The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief prayed for therein.

SIXTH CAUSE OF ACTION

(RACIAL HARASSMENT)

53.    Defendant restates each and every response set forth above in paragraphs 1 through 52 as if fully set forth herein.

1    54.    Admits the allegation in paragraph 54 of the Complaint.

2    55.    Admits the allegation in paragraph 55 of the Complaint.

3    56.    Denies the allegations in paragraph 56 of the Complaint.

4    57.    Denies the allegation in paragraph 57 of the Complaint.

5    The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

6    the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

7    prayed for therein.

8    SEVENTH CAUSE OF ACTION

9    (HARASSMENT BASED ON COLOR)

10    58.    Defendant restates each and every response set forth above in paragraphs 1

11    through 57 as if fully set forth herein.

12    59.    Admits the allegation in paragraph 59 of the Complaint.

13    60.    Admits the allegation in paragraph 60 of the Complaint.

14    61.    Denies the allegations in paragraph 61 of the Complaint.

15    62.    Denies the allegation in paragraph 62 of the Complaint.

16    The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

17    the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

18    prayed for therein.

19    EIGHTH CAUSE OF ACTION

20    (HARASSMENT BASED ON AGE)

21    63.    Defendant restates each and every response set forth above in paragraphs 1

22    through 62 as if fully set forth herein.

23    64.    Admits the allegation in paragraph 64 of the Complaint.

24    65.    Admits the allegation in paragraph 65 of the Complaint.

25    66.    Denies the allegations in paragraph 66 of the Complaint.

26    67.    Denies the allegation in paragraph 67 of the Complaint.

27

28    ANSWER
C 07-6036 (EDL)                                6

1    The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief. To

2    the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

3    prayed for therein.

4                           NINTH CAUSE OF ACTION

5                          (HARASSMENT BASED ON SEX)

6          68.    Defendant restates each and every response set forth above in paragraphs 1

7    through 67 as if fully set forth herein.

8          69.    Admits the allegation in paragraph 69 of the Complaint.

9          70.    Admits the allegation in paragraph 70 of the Complaint.

10         71.    Denies the allegations in paragraph 71 of the Complaint.

11         72.    Denies the allegation in paragraph 72 of the Complaint.

12    The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief. To

13    the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

14    prayed for therein.

15                           TENTH CAUSE OF ACTION

16                          (RETALIATORY HARASSMENT)

17         73.    Defendant restates each and every response set forth above in paragraphs 1

18    through 72 as if fully set forth herein.

19         74.    Admits the allegation in paragraph 74 of the Complaint.

20         75.    Admits the allegation in paragraph 75 of the Complaint.

21         76.    Denies the allegations in paragraph 76 of the Complaint.

22         77.    Denies the allegation in paragraph 77 of the Complaint.

23    The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief. To

24    the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

25    prayed for therein.

26

27

28    ANSWER
      C 07-6036 (EDL)                          7

1

ELEVENTH CAUSE OF ACTION

2

(INTERFERENCE WITH FAMILY MEDICAL LEAVE ACT RIGHTS)

3      78.    Defendant restates each and every response set forth above in paragraphs 1

4  through 77 as if fully set forth herein.

5      79.    Admits the allegation in paragraph 79 of the Complaint.

6      80.    Denies the allegations in paragraph 80 of the Complaint.

7      81.    Denies the allegation in paragraph 81 of the Complaint.

8      The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

9  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

10  prayed for therein.

11

TWELFTH CAUSE OF ACTION

12

(FMLA RETALIATION)

13      82.    Defendant restates each and every response set forth above in paragraphs 1

14  through 81 as if fully set forth herein.

15      83.    Admits the allegation in paragraph 83 of the Complaint.

16      84.    Denies knowledge or information sufficient to form a belief as to the truth of the

17  allegation in paragraph 84 of the Complaint.

18      85.    Denies the allegations in paragraph 85 of the Complaint.

19      86.    Denies the allegation in paragraph 86 of the Complaint.

20      The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

21  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

22  prayed for therein.

23

PRAYER FOR RELIEF

24      The paragraph beginning with "WHEREFORE" contains plaintiff's prayer for relief.  To

25  the extent that an answer is required, defendant denies that plaintiff is entitled to any of the relief

26  prayed for therein.

27

28  ANSWER
C 07-6036 (EDL)                    8

1    Any allegation set forth in the Complaint not heretofore answered is specifically denied.

2    ## FIRST AFFIRMATIVE DEFENSE

3    The complaint fails to state a claim upon which relief can be granted.

4    ## SECOND AFFIRMATIVE DEFENSE

5    This court lacks subject matter jurisdiction over plaintiff's complaint, in whole or in part.

6    ## THIRD AFFIRMATIVE DEFENSE

7    Plaintiff's claims are barred by his failure to exhaust administrative remedies.

8    ## FOURTH AFFIRMATIVE DEFENSE

9    Plaintiff's claims are barred, in whole or in part, by the applicable statue of limitations.

10   ## FIFTH AFFIRMATIVE DEFENSE

11   Plaintiff's compensatory damages, if any, are limited to the amounts set forth in the

12   applicable statute.

13   ## SIXTH AFFIRMATIVE DEFENSE

14   Plaintiff is not entitled to any damages or relief not specifically provided for under the

15   applicable statutes.

16   ## SEVENTH AFFIRMATIVE DEFENSE

17   All of defendant's employment decisions were made for legitimate, non-discriminatory

18   reasons.

19

20

21

22

23

24

25

26

27

28   ANSWER
     C 07-6036 (EDL)                          9

1    WHEREFORE, having fully answered the Complaint against her, defendant respectfully

2  prays that this Court enter judgment in her favor and against plaintiff and grant such other and

3  further relief as this Court deems just and equitable.

4

5  Dated: February 26, 2008

6                                         Respectfully submitted,

7                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
8

9                        By:        _____/s/_____
                                          ELLEN M. FITZGERALD
10                                         Assistant United States Attorney
                                          Attorney for Defendant
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ANSWER
    C 07-6036 (EDL)                          10

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and she is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the foregoing

## ANSWER

to be served this date by placing a true copy thereof in a sealed envelope and served as follows

__X__    FIRST CLASS MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

_____    CERTIFIED MAIL by placing such envelope with postage thereon full prepaid in the designated area for outgoing U.S. mail in accordance with the office's practices.

_____    PERSONAL SERVICE (BY MESSENGER)

_____    FEDERAL EXPRESS via Priority Overnight

_____    E-MAIL

_____    FACSIMILE (FAX)

on the following party:

>Mr. Arthur L. Brown
>Plaintiff Pro Se
>1018 College Avenue
>San Mateo, CA 94401

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of February, 2008 at San Francisco, California.

_____/s/_____
STEPHANIA CHIN
Legal Assistant

ANSWER
C 07-6036 (EDL)                    11