In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

**FILED**

CIVIL MINUTES

MAR X 4 2008

Date: March 4, 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **C- 07-06036 EDL**

Case Name: **ARTHUR L BROWN v. LURITA ALEXIS DOAN, Administrator, GSA**

Attorneys:   Pltf: Arthur Brown (pro se)   Deft: Eileen Fisher

Deputy Clerk: Lili M. Harrell         FTR digital recording: 10:51am - 11:02am

**PROCEEDINGS:**                                          **RULING:**

1. Initial Case Management Conference                      Held

2.

**ORDERED AFTER HEARING:** Matter is referred to the Court's ADR Program for a phone conference.

**Order to be prepared by:**  [] Pltf  [] Deft  [X]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**

Discovery cutoff: 9/5/08
Initial expert disclosure deadline: 9/19/08
Rebuttal expert disclosure deadline: 10/3/08
Expert discovery cutoff: to be set by Court
Dispositive Motion filing deadline:10/14/08
Dispositive Motions hearing date: 11/18/08
Pretrial Conference: 3/24/09
Trial: 4/13/09 at 8:30 a.m., set for 4 days.
      [X] Jury  [ ]  Court

Notes:

cc: ADR