UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L BROWN,<br><br>        Plaintiff,<br><br>  v.<br><br>LURITA ALEXIS DOAN et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-06036 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur L. Brown
1018 College Avenue
San Mateo, CA 94401

Dated: March 11, 2008

                                        Richard W. Wieking, Clerk
                                        By: Lili M. Harrell, Deputy Clerk