ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

April 17, 2008

Arthur L. Brown
1018 College Avenue
San Mateo, CA 94401
(650) 347-5724

Ellen FitzGerald
United States Attorney's Office
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102-3495
415-436-7314

RE:     Brown v. Doan
        C 07-6036 EDL

This letter serves as notice that we have rescheduled the ADR Phone Conference in this case to **Tuesday, May 6, 2008 at 10:30 a.m.**  The ADR Office will initiate the call to all parties.  If this presents a scheduling issue, please contact me immediately at (415) 522-4205 or email tim_smagacz@cand.uscourts.gov.

Best regards-

Timothy Smagacz
ADR Program Administrative Assistant