UNITED STATES DISTRICT COURT

Northern District of California

ARTHUR L. BROWN,
    Plaintiff in Propia Persona,

v.

DOAN,
    Defendant(s).

No. C 07-6036 EDL

**APPLICATION FOR ASSISTED MEDIATION**

    I am the plaintiff in the above-entitled employment discrimination action. I request that the court refer this case into the Assisted Mediation Program. In support of this request, I provide the following information:

A.    SUMMARY INFORMATION ABOUT BASIS OF THE CASE

(1)    I filed an employment discrimination case in the court against the above-named defendant on: **NOVEMBER 29, 2007**

(2)    I filed this case because the defendant harmed me by (circle any applicable):

    a.    failing to employ me.

    b.    firing me.

    c.    eliminating my position.

///
///

      d.      failing to promote me.

      e.      demoting me.

      (f.)      disciplining me without reason.

      (g.)      harassing me (or allowing others to harass me) so that working conditions became intolerable.

      h.      paying me differently than others doing similar work.

      (i.)      providing different terms, conditions or privileges of employment than others received doing similar work.

      j.      other actions (specify): _____ ,,.

      (k.)      taking action/retaliating against me because I complained about any of the above harms.

(3) For each item that you circled in question #2, above, give one example of when and how the defendant took an action that harmed you:

| Item | When | How did defendant do it? (If more space is needed, add additional sheet.) |
|---|---|---|
| | | PLEASE SEE ATTACHED PAGES |
| | | |
| | | |

(4) The defendant took action that harmed me, as I identified in question #2 above; the defendant did so because of (circle any applicable):

      (1.)      my race or color.

      2.      my religion.

2


# APPLICATION FOR ASSISTED MEDIATION
Submitted by Arthur L. Brown @ May 21, 2008

(3) For each item that you circled in question #2 above, give one example of when and how the defendant took an action that harmed you.

| Item | When | How did defendant do it? |
|---|---|---|
| f. | 11/15/2006 | Disciplining me without reason. |

The defendant disciplined the Plaintiff by giving him a warning notice based on false allegations that the plaintiff misused Government telephones, failed to follow instructions and used a conference room as a personal office.

| | | |
|---|---|---|
| g. | 11/29/2006 | harassing me or allowing others to harass me so that working conditions became intolerable |

The defendant harassed the plaintiff by stating "No one has seen you today and it is 9:08 am "Despite the fact that I arrived at work on time, I was also falsely accused of not using my Blackberry wireless device and not turning on my computer when I first arrive at the workplace like all other employees.

| | | |
|---|---|---|
| i. | 1 / 4 / 2007 | Providing different terms, conditions or privileges of employment than others received doing similar work. |

The defendant sent the plaintiff a set of questions to be answered regarding the EEO Complaint process. The plaintiff received the questions and was told by the defendant that it normally takes from two to three days to respond to the set of questions. The plaintiff requested eight hours of official time which was denied. Although the norm was 2 to 3 days, the defendant approved two hours as being sufficient. The two hours were insufficient. The plaintiff then requested an additional four hours which were also denied. The Plaintiff was then forced to work seven additional hours after work to complete the responses required by the defendant. The Plaintiff spent approximately ten hours to complete all responses required by the defendant.

(3) For each item that you circled in question #2 above, give one example of when and how the defendant took an action that harmed you. ( Con't)

k.        1 / 2006                    Taking action / retaliating against me because I
                                       complained about any of the above harms.

In the year 2005, I was allowed, by the defendant, to take approximately. One week per quarter for Family Medical Leave Act (FMLA) to take care of my very ill Mother. In early 2006, I submitted a written request to take approx. one week per quarter for FMLA to take care of my very seriously ill Mother. This request was approved. During the first part of 2006 I was allowed to take FMLA. However, on approximately 11/21/2006 the defendant requested medical documentation regarding my mother's medical condition. I provided the additional documentation as requested. However, despite my submission of the required documentation, the defendant denied Plaintiff's request to take FMLA from December 11 – 15, 2006.to take care of my very seriously ill Mother The Plaintiff's request FMLA was also denied in 2007 despite the Plaintiff submission of all required medical documentation

(③.)   my sex.
4.   my national origin.
5.   my disability.
(⑥.)   my age.
7.   other (specify): _____.

(5). Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4. Do this for each item you mark in questions #2 and #4:

| Harm (Q2) | Discriminatory Reason (Q4) | How do you know that Q4 is the reason defendant did Q2? (If more space is needed, add additional sheet.) |
|---|---|---|
|  |  | PLEASE SEE ATTACHED PAGES |
|  |  |  |
|  |  |  |

B.   REASONS FOR SEEKING MEDIATION

(6)   Have you read the materials on ADR and on Assisted Mediation provided by the Clerk, when you filed the case, or by the court? Yes ✗  No ____

///
///
///
///

3

## APPLICATION FOR ASSISTED MEDIATION
Submitted by Arthur L. brown @ May 21, 2008

(5) Give an example of how a harm that you suffered, as you indicated in question #2, is related to any discriminatory reason that you marked in question #4. Do this for each item you mark in question #2 and #4.

| Harm Q2) | Discriminatory Reason (Q4) | How Do you know that Q4 is the reason defendant did Q2 ? |
|---|---|---|
| f. | (1) (3) (6) | |

The defendant discriminated against me because the truth is that I was single out and given a warning notice based on false allegations. (1) The defendant never counseled me in December 2004 or any other time about personal telephone calls. If so I am sure the defendant have a signed statement by me concurring that I received such counseling; (2) I was instructed by the defendant to use conference room #6741 for the Fresno Federal Courthouse Project. The conference room was used to store contract files, develop and prepare documents for negotiating modifications to close out the Fresno Project. Conference room #6741 was not locked during the period the Fresno Federal Courthouse Project was housed there. Other members of the Project team used the conference room and other individuals within the Property Development Division used the conference room on an on- going basis. and (3) The defendant made untrue statement about me failing to follow instructions. The truth is regarding a written update for Fresno actions on 9/18/2006 are: The Fresno Federal Courthouse files were moved to the 8th floor.

At that time, Dale Shue and I had been working on the 8th floor to review documentation and files for the Fresno deficiencies, schedule analysis, and cost proposals. On the 8th floor, we do not have access to the GSA network server, and do not receive emails.

A meeting was set up to update the 9PC management team (Maria Ciprazo and Ken Wong) on the status of outstanding tasks and dates for Fresno action items. At one time, we were advised that Ken Wong would be assisting Maria on the Fresno Claim issues for 9PC management, as Maria was busy with the closeout of the new San Francisco Federal Building. Ken Wong participated in negotiations and discussions with the contractor (Dick/Matt), and the Architect (Gruen Associates).

On 9/18/06, Maria requested via email for a written update for the above because she was unable to meet with us, and noted that she wanted to see the written update by noon on 9/19/06, before I was to be on leave.

On 9/19/06, Maria sent a reminder requesting for the written update to Ken and her by noon. Neither Dale or I saw this reminder, as we were on the 8th floor work area.

1

On 9/19/06, Maria stated that we missed the noon deadline which she imposed for us. Dale and I worked together on that afternoon and prepared, a hand written marked up schedule revising the dates originally dated 9/12/06. Maria was in a meeting during the afternoon of 9/19/06, so Dale and I briefed Ken Wong, and asked him to pass the hand written information onto Maria.

On 9/19/06, 5:03 p.m. Maria sent Dale and I, an action item "accountability and duties" letter. She indicated that she did not receive anything from either of us, and that she didn't appreciate us briefing Ken and not her, and providing her with a hand written response. She requested for a typed copy of the status by 10:00 a.m. on 9/20/06 or else she would take "necessary actions".

On 9/20/06 9:52 a.m., Dale submitted the same information which he and I had prepared together and briefed Ken Wong on 9/19/06 in typed format and an email. I was on approved leave, but the email contained information which was generated by the both of us the day before.

The issues were regarding URS' claim review schedule, A/E errors and deficiency position, and responses for D/M deficiency list, payment 43, retainage, HVAC test and balance report, and items for Contracting Officer's Final Decisions.

As of this date, the URS claim reviews have been completed, the A/E contract closed out, HVAC test and balance reports accepted, Contracting Officer Final Decisions issued, and the D/M deficiency, payments, retainage were included in D/M's request for equitable adjustment.

I was on Official Leave out of town that was approved by the defendant far in advance of 9/20/2006. However, I was the only African American Male and Senior member of the Fresno Team who was discriminated against and who received a warning notice.


g..        (1)(3)(6)


The Defendant harassed and discriminated against me by stating "No one has seen you today and it is 9:08 am ". My work hours are from 6:30am to 4:00pm. The defendant's work hours vary, but almost never in the office before 9:00am. The truth is I was at my work station at 6:30am; I did turn on my computer and had my Blackberry with me. However, again I was the only one being harassed and discriminated against because of my race, color, sex and age ( male, African American male and senior).At this point , Dale Shue and I were busy closing out the Fresno Project. The defendant established the deadline date for closing out the Fresno Project to be 1/1/2007. Dale Shue and Arthur L. Brown accomplished that goal. The defendant never supplied the names of the no one's, who did not see me that day, but I know people who I see and they see me each day that I work.

2

i..          (1)(3)(6)

The Defendant harassed and discriminated against me because the truth is the EEO Counselor was correct that it normally takes 2 to 3 days to respond to the set of questions received. Again I was denied the 8 hours requested and given only 2 hours. After 2 hours had passed, I requested 4 additional hours which were also denied. Therefore I was required to work after hours at my own expense to complete the required responses to the defendant's questions. Again the male, African American senior is being harassed and discriminated against because of my race, color, sex and age.

K...         (1)(3)(6)

The Defendant harassed and discriminated against me because the truth is my Family Medical Leave Act (FMLA) to take my very sick was denied 3 consecutive times. I provided the defendant all of the required documentation, but because I am a male African American and Senior member my FMLA leave was denied. The last time the defendant misplaced the documentation, so I submitted another copy immediately. But the defendant still refused to approve my FMLA Leave. Again the male, African American senior is being harassed and discriminated against because of my race, color, sex and age. Family Medical Leave Act (FMLA) is policy and is my right that is being denied by the defendant.

3

(7) I am seeking mediation of this complaint because I hope the process will (circle any applicable):

    a. improve communication between me and the defendant.

    b. help me explain to the defendant the harm the defendant has caused me.

    c. help the defendant explain to me the reason for the actions the defendant took which harmed me.

    d. help me understand the strengths of my case and the defendant's case.

    e. help me understand the weaknesses of my case and the defendant's case.

    f. help me and the defendant understand if there is anything we agree upon in this dispute.

    g. help me and the defendant explore any creative solutions to this dispute which the court might not be able to impose if we go to trial.

    h. help me preserve or improve what remains of my personal or business relationship with the defendant.

    (i.) provide confidentiality in coming to a resolution of this dispute.

    j. tone down the hostility between me and the defendant.

    k. help me and the defendant get to the core of the case and sort out the issues in dispute.

    l. help us settle all or part of the dispute.

    (m.) other reason (specify): __PROVIDE A GLOBAL RESOLUTION OF ALL DISPUTES__

C. WHY I NEED AN ATTORNEY TO ASSIST ME IN THIS MEDIATION

(8) Have you been unable to find an attorney willing to represent you in this case on terms you can afford? Yes __X__ No ____

///

///

///

4

(9) I have made a reasonable effort to obtain an attorney to represent me and contacted the following attorneys for this purpose (include additional sheets if necessary):

| Attorney Name | Address | Phone Number |
|---|---|---|
| PRICE AND ASSOCIATES | 1611 TELEGRAPH AVE, SUITE 1450 OAKLAND, CA 94612 | 510-452-0292 |
| MINAMI TAMAKI LLP | 360 POST STREET, 8th FLOOR SAN FRANCISCO, CA 94108 | 415-398-3887 |
|  |  |  |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

5/21/2008
Date

*(signature)*
Signature

ARTHUR L. BROWN
Name (Printed)

G:\ADRALL\AMP\Cases\07-6036 EDL\Application.wpd

5