UNITED STATES DISTRICT COURT

Northern District of California

ARTHUR L. BROWN,
    Plaintiff in Propia Persona,

v.

DOAN,
                Defendant(s).

No. C 07-6036 EDL

**DECLARATION IN SUPPORT OF APPLICATION FOR ASSISTED MEDIATION**

I, ARTHUR L. BROWN, am a plaintiff in this case and apply for placement of this case into the court's Assisted Mediation program. In support of this application, I declare as follows:

1. REPRESENTATION. I am not represented by an attorney and no attorney has made an appearance for me in this case.

2. INFORMATION. I have read and considered materials provided about the court's Assisted Mediation Program. I understand the Program involves the court's reference of this case into court-annexed mediation as part of the court's Multi-Option ADR Program.

////

////

////

3. MEDIATION. I have decided to seek court-annexed mediation in this case in order to seek a mutually satisfactory agreement resolving all or part of the dispute underlying this case, by exploring not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. I understand this exploration of litigant needs and interests may be formally independent of the legal issues in controversy in this case. I believe my participation in mediation would be facilitated if I received assistance in participating in such mediation.

4. ASSISTED MEDIATION. I understand that if this case is referred into Assisted Mediation, I will be offered the assistance of mediation counsel to help me prepare for, participate in, and pursue follow-up to, a court-annexed mediation session. I also understand that the role of mediation counsel is only to educate and assist my preparation for, participation in and follow-up to the mediation session.

5. LIMITED ASSISTANCE. I understand that mediation counsel may only help my participation in mediation by educating and assisting me. Accordingly, I:

   a. Understand that mediation counsel will provide no other service of any kind in this case, without prior written authorization by the court to do so.

   b. Agree that the scope of mediation counsel's duties to me will extend no further than is necessary to educate me and assist me to prepare for, participate in, and follow up on the court-annexed mediation.

   c. Acknowledge that mediation counsel's responsibility to help educate me about the process will not involve any control of the case or the mediation.

   d. Acknowledge and agree that mediation counsel will not analyze my overall legal needs, conduct independent investigation of my case, or represent me in such matter.

   e. Understand that mediation counsel will not advise me about the need to contact other counsel for purposes of obtaining legal advice.

2

6. PRO SE STATUS. I acknowledge that I continue to provide my own representation in this case and in the mediation, and that mediation counsel will only assist and educate me in this endeavor.

7. NO CONTRACT. I understand and agree that I have no contractual relationship with mediation counsel for legal or other services, and that I will enter no contract with mediation counsel during the time this case is in the Assisted Mediation Program, absent a written order by the court permitting such a contract.

8. NO FORESEEABLE HARM. I have assessed the prospect of mediation and acknowledge that there is no foreseeable harm that I will suffer in the failure of the mediation to resolve the case, improve case management, enhance party satisfaction or understanding of the case, or to achieve any other goals of mediation.

9. EVALUATION. I agree to participate in the evaluation of the Assisted Mediation Program, and to allow any person authorized by the court to evaluate the Program to attend the mediation session, all court proceedings concerning the Assisted Mediation Program, and any preparatory or follow-up meetings for the mediation. I further consent to mediation counsel's responding to any inquiries about the case from any such person authorized by the court to evaluate the Program.

///

///

///

///

///

10. I confirm that I have carefully considered the limited assistance provided by the Assisted Mediation Program and confirm that my decision to apply to enter the program is made knowing the limited role to be played by mediation counsel is to provide only education and assistance in the mediation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

5/21/2008
Date

*/s/ Arthur L. Brown*
Signature

ARTHUR L. BROWN
Name (Printed)

G:\ADRALL\AMP\Cases\07-6036 EDL\Declaration.wpd

REV 2/04

4