UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR BROWN,

    Plaintiff,

v.

LURITA ALEXIS DOAN,

    Defendant.
_____/

No. C 07-6036 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference scheduled for July 8, 2008 has been continued to July 22, 2008 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than July 15, 2008.

Dated: June 16, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy