FILED
JUN 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

ARTHUR L. BROWN,

    Plaintiff,

v.

LURITA ALEXIS DOAN,

    Defendant.

No. C 07-6036 EDL

**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM**

Plaintiff has applied to participate in the court's Assisted Mediation Program. Based on the court's review of plaintiff's Application for Assisted Mediation, Declaration in Support of Application for Assisted Mediation and additional application materials, and plaintiff's acknowledgment that he has reviewed the description of the Assisted Mediation Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Mediation Counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Mediation Program and be mediated in accordance with the Alternative Dispute Resolution Local Rules of this court, except for Rules 6-3(b) and 6-3(c);

2. That Special Mediation Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and mediation of this case; and

///

///

3. That the mediation shall be completed no later than _90 days from the date of this order._

IT IS SO ORDERED.

Dated _June 27, 2008_    By: _/s/ Elizabeth D. Laporte_
Elizabeth D. Laporte
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR L BROWN,

        Plaintiff,

v.

LURITA ALEXIS DOAN et al,

        Defendant.

                                        /

Case Number: CV07-06036 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur L. Brown
1018 College Avenue
San Mateo, CA 94401

Dated: June 30, 2008

                                        Richard W. Wieking, Clerk

                                        By: Lili M. Harrell, Deputy Clerk