1  JOSEPH P. RUSSONIELLO (CSBN 118321)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102-3495
   Telephone: (415) 436-7181
6  Fax: (415) 436-6748
   Email: victoria.carradero@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 ARTHUR L. BROWN,                )    Case No.  C 07-6036 EDL
                                   )
14       Plaintiff,                )    NOTICE OF SUBSTITUTION OF
                                   )    COUNSEL FOR DEFENDANT
15       v.                        )
                                   )
16 LURITA ALEXIS DOAN,             )
   ADMINISTRATOR, GENERAL          )
17 SERVICES ADMINISTRATION,        )
                                   )
18       Defendant.                )

NOTICE OF SUBSTITUTION - Case No. C 07-6036 EDL

1     TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

    PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Victoria R. Carradero, Assistant United States Attorney, and to withdraw the appearance of Ellen M. Fitzgerald, the Assistant United States Attorney who was formerly assigned to represent the Defendant in this case. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Victoria R. Carradero at the above mailing address, telephone number, and facsimile number. Ms. Carradero's e-mail address is victoria.carradero@usdoj.gov.

    Please also take notice that, from the date of this request, service on Defendant should be made on Ms. Carradero only. Please amend your service lists accordingly. Although Joann Swanson, Chief of the Civil Division, and Joseph P. Russoniello, United States Attorney, will appear on the pleadings with Ms. Carradero, no service need be made on them.

DATED: July 10, 2008            Respectfully submitted,

                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                   _____/s/_____
                                   VICTORIA R. CARRADERO
                                   Assistant United States Attorney