**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

<u>Arthur L. Brown v. Lurita Alexis Doan, Administrator, General Services Administration</u>
Case No. CV 07-6036 EDL

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

_____  **ELECTRONIC MAIL**

_____  **FEDERAL EXPRESS**

_____  **FACSIMILE (FAX)**  Telephone No.: __See Below__

to the party(ies) addressed as follows:

**Arthur L. Brown
1018 College Avenue
San Mateo, CA 94401
(650) 347-5724**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10, 2008 at San Francisco, California.

__/s/_____
BONNY WONG
Legal Assistant