FILED
JUL 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

ARTHUR L. BROWN,
    Plaintiff in Propia Persona,

    v.

DOAN,
    Defendant.
_____/

No. C 07-6036 EDL

**ORDER APPOINTING SPECIAL MEDIATION COUNSEL**

    The court having ordered that this case be assigned to the Assisted Mediation Program, and plaintiff having requested and being in need of counsel to assist him in the mediation, and volunteer attorneys willing to be appointed for the limited purpose of representing plaintiff in the mediation having been located by the court,

    IT IS HEREBY ORDERED THAT:

David Tsai
Townsend & Townsend and Crew LLP
Two Embarcadero Center
Eighth Floor
San Francisco, CA 94111-3834
415-576-0200
djtsai@townsend.com

Jordan Trent Jones
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301-1431
650-326-2400
jtjones@townsend.com

are appointed as Special Mediation Counsel. These appointments shall be pursuant to the terms of the Application and Declaration of plaintiff to participate in the Assisted Mediation Program. These appointments and limited representation shall end upon the completion of the mediation and any follow-up activities agreed upon by the parties and the mediator, unless terminated earlier by the

follow-up activities agreed upon by the parties and the mediator, unless terminated earlier by the court.

Special Mediation Counsel shall notify the court promptly upon the completion of the mediation and any follow-up activities. The court shall then issue an order relieving the Special Mediation Counsel from their limited representation of the plaintiff. Thereafter, the attorneys who have served as Special Mediation Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorneys agree to provide such legal services.

IT IS SO ORDERED.

JUL 1 0 2008                By: _____
Dated                              Elizabeth D. Laporte
                                   United States Magistrate Judge

G:\ADRALL\AMP\Cases\07-6036 EDL\Order Appointing Counsel.wpd                    REV 2/04

2