

## U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*  *FAX:(415) 436-7234*

July 14, 2008

United States Magistrate Laporte
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Arthur L. Brown v. Lurita Alexis Doan, Administrator, GSA
      C 07-6036 EDL

Dear Magistrate Judge Laporte:

I write to notify you that the parties will be submitting a stipulation and proposed order to continue the Case Management Conference, currently scheduled for July 22nd, to July 29th. Per the Notice of Substitution recently e-filed, I substituted in as counsel on this matter late last week. I have a prescheduled mediation in another matter on July 22nd and both Plaintiff, who is in pro per, and I would like a short amount of additional time to meet and confer on various matters, including matters regarding the CMC. I am submitting this letter to immediately notify the court of the parties' request to change the date of the CMC because the stipulation cannot be filed with the court until later in the week (Mr. Brown does not have a fax machine to immediately submit his signature to me). The parties thank the court for consideration of this request.

Respectfully Submitted,


_____/s/_____
Victoria R. Carradero
Assistant United States Attorney

cc:   Arthur L. Brown, Plaintiff, In Pro Per