**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*       (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*       *FAX:(415) 436-7234*

July 21, 2008

United States Magistrate Laporte
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Arthur L. Brown v. Lurita Alexis Doan, Administrator, GSA
            C 07-6036 EDL

Dear Magistrate Judge Laporte:

      I write regarding my letter of July 14th notifying the court that the parties agreed to continue the CMC from July 22nd to July 29th. Following that letter, the court clerk notified me that the court is not available on July 29th, but is available on August 5th. I immediately notified Mr. Brown and sent him a revised stipulation. I have left him several messages to confirm continuance of the CMC to August 5th but have not received a returned phone call or a returned stipulation. As I previously mentioned, I have a prescheduled mediation in another matter on July 22nd. Accordingly, Defendant respectfully requests that the court continue the CMC to August 5th. Thank you for your consideration of this request.

Respectfully Submitted,


_____/s/_____
Victoria R. Carradero
Assistant United States Attorney

cc:    Arthur L. Brown, Plaintiff, In Pro Per, by mail