**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7
8   ARTHUR BROWN,
                Plaintiff,                          No. C 07-06036  EDL
9
        v.                                          CLERK'S NOTICE
10
    LURITA ALEXIS DOAN,
11
                Defendant.
12  _____/
13
14       TO ALL PARTIES AND COUNSEL OF RECORD:
15  YOU ARE NOTIFIED THAT the further case management conference scheduled for July 22, 2008 has
16  been continued to August 5, 2008 at 10:00 a.m. before Magistrate Judge Laporte in Courtroom E, 15th
17  Floor, 450 Golden Gate Avenue, San Francisco. An updated joint case management statement shall be
18  filed no later than July 29, 2008.
19
20  Dated:  July 21, 2008
                                        FOR THE COURT,
21                                      Richard W. Wieking, Clerk
22
23                                      by:  _____
                                                Lili M. Harrell
24                                              Courtroom Deputy
25
26
27
28