JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Fax: (415) 436-6748
   Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>    Defendant. | Case No. C 07-06036 EDL<br><br>DEFENDANT'S CASE MANAGEMENT CONFERENCE STATEMENT |

Defendant's Case Management Conference Statement - Case No. C 07-06036 EDL

Defendant, Lurita Alexis Doan, Administrator, General Services Administration ("defendant"), by and through her undersigned attorneys, hereby submits the following Case Management Conference Statement pursuant to Rule 16-9 of the Civil Local Rules for the Northern District of California.

1. <u>Jurisdiction and Service</u>: This case involves claims for alleged discrimination in employment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e <u>et seq</u>., the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634, and the Family Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 <u>et seq</u>., Personal jurisdiction, service and venue are not at issue in this case.

2. <u>Defendant's Statement</u>: Plaintiff alleges he was discriminated against on the basis of his race, color, age and sex, harassed and retaliated against because between November 15-November 29, 2006, his request to use FMLA leave was denied and he received a "level 2" performance rating. Plaintiff also claims he was discriminated against on the basis of his race, color, age and sex, harassed and retaliated against because he was granted two (2) hours of official time instead of his demanded eight (8) hours of official time to answer eight (8) questions on a two (2) page "Questions to Pre-Complainant" form on the single issue of his "level 2" performance rating. Plaintiff also claims his FMLA rights were interfered with because a leave request was denied. Defendant denies that plaintiff was discriminated against based on his race, color, age and sex. Defendant also denies that plaintiff was harassed or retaliated against or that his rights under the FMLA were interfered with.

3. <u>Legal Issues</u>: The following legal issues are in dispute: whether Defendant discriminated against plaintiff on the basis of his race, color, age or sex; whether Defendant harassed plaintiff based on his race, color age or sex; whether Defendant retaliated against plaintiff; whether Defendant interfered with plaintiff's rights under the FMLA.

4. <u>Motions</u>: There are no pending motions. Defendant anticipates filing discovery motions should plaintiff fail to abide by his discovery obligations. Defendant anticipates filing a motion for summary judgment.

5. <u>Amendment of Pleadings</u>: None at this time.

6. <u>Evidence Preservation</u>: Defendant has taken affirmative steps to preserve any documents and/or evidence related to this case.

7. <u>Disclosures</u>: Defendant served her statement of initial disclosures pursuant to Fed. R. Civ. P. 26 on February 26, 2008.  As of this filing, Defendant has not received plaintiff's statement of initial disclosures.  Defendant requested that plaintiff ensure his statement of initial disclosures are received by Defendant's counsel's office by Monday, August 4, 2008.

8. <u>Discovery</u>: Defendant served written discovery upon plaintiff in June.  At plaintiff's request, Defendant granted plaintiff an extension of time until August 4, 2008 to respond to that discovery.  Upon meeting and conferring with plaintiff about dates for his deposition in accordance with Local Rule 30-1, Defendant noticed plaintiff's deposition for August 12, 2008.  Defendant will take other depositions as needed.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: none.

11. <u>Relief</u>:  Defendant denies that plaintiff is entitled to any relief.

12. <u>Settlement and ADR</u>: Plaintiff requested mediation and sought an appointment of special counsel to assist him for purposes of the mediation.  The court granted plaintiff's requests.  According to the Court's order, mediation is to be completed by September 25, 2008.  The ADR office notified Defendant's counsel that there has been a delay in obtaining a mediator for this matter and that plaintiff's special counsel believes they will need more time to complete a mediation due to scheduling issues.  As such, the ADR office requested that the parties obtain a two to three week extension of time to complete mediation.  On July 29, 2008, Defendant's counsel spoke with plaintiff's special mediation counsel, who advised that plaintiff and his special counsel are not available for mediation until the first week of October.  Defendant's counsel advised that it would notify the Court and also request that certain other deadlines in this case be continued so that the parties can complete mediation as ordered by the Court.

Defendant's Case Management Conference Statement - Case No. C 07-06036 EDL

2

13. <u>Consent to Magistrate Judge for All Purposes</u>: Defendant consents to have a magistrate judge conduct all further proceedings.

14. <u>Other References</u>: This case is not appropriate for binding arbitration, a special master, or reference to the MDL panel.

15. <u>Narrowing of Issues</u>: Defendant anticipates that issues may be eliminated or narrowed via a motion for summary judgment, or in the alternative, summary adjudication.

16. <u>Expedited Schedule</u>: An expedited schedule is not appropriate at this time.

17. <u>Scheduling</u>: The Court has ordered the following discovery and trial plan:

   Fact discovery cut off: September 5, 2008

   Initial expert disclosures: September 19, 2008

   Last day to complete mediation: September 25, 2008

   Rebuttal expert disclosures: October 3, 2008

   Expert discovery cut off: November 14, 2008

   Last day to hear dispositive motions: November 18, 2008

   Pre-trial conference: March 24, 2009

   Trial:   April 13, 2009

   Defendant requests that the Court continue the deadlines for mediation and hearing dispositive motions as follows:

   Last day to complete mediation: October 10, 2008

   Last day to hear dispositive motions: January 9, 2009

18. <u>Trial</u>: Defendant estimates that a jury trial of this case will take four days.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: None.

20. <u>Other Matters</u>: None.                    Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

Dated: July 29, 2008            By:            /s/
                                         VICTORIA R. CARRADERO
                                         Assistant United States Attorney
                                         Attorneys for Defendant

Defendant's Case Management Conference Statement - Case No. C 07-06036 EDL

3