In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: August 5, 2008

Case No:  **C- 07-06036 EDL**

Case Name:  **ARTHUR L BROWN v. LURITA ALEXIS DOAN, Administrator, GSA**

Attorneys:    Pltf: Arthur Brown (pro se)   Deft: Eileen Fisher

Deputy Clerk:  Lili M. Harrell          FTR digital recording: 11:03am - 11:09am

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |
| 2. | |

**ORDERED AFTER HEARING:** Mediation deadline extended to 10/10/2008.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ]  Court

**Case continued to:**

**PRETRIAL SCHEDULE:**

Dispositive Motions hearing date extended to 1/13/2009

Notes:

cc: ADR