

# FROM THE DESK
# OF
# ARTHUR L. BROWN
## 1018 COLLEGE AVENUE
## SAN MATEO, CA 94401



FILED

AUG 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:    Arthur L. Brown v. Lurita Alexis Doan, Administrator, GSA
       C 07-6036 EDL

August 19, 2008

Judge Elizabeth Laporte
US District Court
Northern District of California
Courtroom E, 15th Floor
San Francisco, CA

Dear Judge Laporte:

I am writing to request consideration for a court appointed counsel to assist me with my
case. I am neither an attorney nor familiar with the court's procedures and am in
desperate need of assistance. Because I am unable to afford to hire counsel, I hope you
will strongly consider granting my request for a court appointed attorney.

Thank you.

Arthur L. Brown

# Proof of Service Form

**Directions:** A copy of this form shall be appropriately filled out and attached when proof of

service or statement of delivery or mailing is required. Use Part 1 and Part 3 for delivery by mail.

Use Part 2 and Part 3 for personal delivery.
**Part 1:** Delivery by U.S. Mail: Proof of Service by Mail

I declare that I am over the age of eighteen years and not a party to this action.

My address is _____. On _____,

                          (date)

I served the attached _____ by placing

(name of document)
a true copy enclosed in a sealed envelope with postage fully prepaid in the U.S. mail,
addressed as follows:

_____
_____
_____

**Part 2:** Personal Delivery:

I declare that on __**8/19/2008**__, I personally delivered the attached
                     (date)

**REQUEST FOR COURT -
APPOINTED ATTORNEY** to **JUDGE ELIZABETH LAPORTE**
(name of document) (name of recipient)

at **450 GOLDEN GATE AVE, SAN FRANCISCO, CA**
(location)

**Part 3:** I declare under penalty of perjury that the foregoing is true and correct and that
this declaration was executed on ___**8/19/2008**___ at
                        (date)

**SAN FRANCISCO, CA**
(city)

**ARTHUR L. BROWN,** _(signature)_
(type or print name) (signature)