# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Brown,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Doan,<br><br>                    Defendant(s). | 07-06036 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jacqueline Scott Corley**
Law Clerk to the Hon. Charles R. Breyer
450 Golden Gate Ave.
San Francisco, CA 94102
415-522-3187

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: August 20, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06036 EDL MED                    - 2 -