**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    ARTHUR L BROWN,                              No. C-07-06036 EDL

9              Plaintiff,                         **ORDER DENYING WITHOUT
                                                  PREJUDICE PLAINTIFF'S REQUEST**
10      v.                                        **FOR APPOINTMENT OF COUNSEL**

11   LURITA ALEXIS DOAN,

12             Defendant.
     _____/

13

14          On August 19, 2008, Plaintiff filed a letter requesting appointment of counsel.  Because this

15   is an employment discrimination matter and Plaintiff is not proceeding in forma pauperis, the Court

16   presumes that Plaintiff is requesting counsel pursuant to Title VII of the Civil Rights Act of 1964,

17   which independently provides for appointment of counsel under certain circumstances.  See 42

18   U.S.C. § 2000e-5(f)(1) ("Upon application by the complainant and in such circumstances as the

19   court may deem just, the court may appoint an attorney for such complainant and may authorize the

20   commencement of the action without the payment of fees, costs or security.").  When determining

21   whether to appoint counsel under section 2000e-5(f)(1), a court is required to assess three factors:

22   (1) the plaintiff's financial resources; (2) the plaintiff's efforts to secure counsel; and (3) the

23   meritoriousness of plaintiff's claim.  Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301,

24   1318 (9th Cir. 1981).

25   //

26   //

27   //

28   //

     //

1    Here, Plaintiff has not submitted any specific information about his financial resources to

2 establish the need for appointment of counsel.  Instead, he states only that he is unable to afford to

3 hire counsel.  Nor has Plaintiff explained his efforts to secure counsel.  Finally, at this early stage of

4 the litigation, Plaintiff has not demonstrated the meritoriousness of his claims.  Accordingly,

5 Plaintiff's request is denied without prejudice.

6         **IT IS SO ORDERED.**

7 Dated: August 21, 2008

8                                                        _Elizabeth D. Laporte_
                                                         ELIZABETH D. LAPORTE
                                                         United States Magistrate Judge

United States District Court
For the Northern District of California