LAW OFFICES OF WAUKEEN Q. McCOY
Waukeen Q. McCoy, Esq. (SBN: 168228)
703 Market Street, Suite 1407
SAN FRANCISCO, CA 94103
Telephone: (415) 675-7705
Fax: (415) 675-2530

Attorney for Plaintiff;
Arthur L. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>Defendant. | Case No. C 07-6036 (EDL)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF ARTHUR L. BROWN** |

TO THE CLERK AND COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that the LAW OFFICES OF WAUKEEN Q. McCOY hereby enters its appearance on behalf of Arthur L. Brown.

Waukeen Q. McCoy, Esq. (SBN: 168228)
Spencer F. Smith, Esq. (SBN: 237586)
Conor D. Mack, Esq. (SBN: 253878)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
SAN FRANCISCO, CA 94103
Telephone: (415) 675-7705
Fax: (415) 675-2530

NOTICE OF APPEARANCE-
Arthur L. Brown

1
2
3
4  Dated: August 26, 2008                         LAW OFFICES OF WAUKEEN McCOY
5
6                                         By:           /s/
                                                Waukeen Q. McCoy
7                                               ATTORNEY FOR PLAINTIFF
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE-
Arthur L. Brown