WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone:    (415) 675-7705
Facsimile:     (415) 675-2530

Attorney for Plaintiff
Arthur L. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>　　　　Defendant. | Case No. c 07-6036<br><br>**NOTICE OF SUBSTITUTION OF COURT APPOINTED COUNSEL** |

　　　　Plaintiff, through his counsel of record, hereby requests that the volunteer attorneys appointed by the Court to serve as Special Mediation Counsel, David J. Tsai, Esq. and Jordan T. Jones, Esq., be dismissed from representing Plaintiff at his mediation. Plaintiff, once in need of counsel to assist him in the mediation, has since retained counsel to represent him in all aspects

Request for dismissal of counsel　　　　1

1 | of the matter before the court, including mediation.  Therefore, Plaintiff is no longer in need of
2 | Special Mediation Counsel and hereby requests that the Court dismiss Messrs. Tsai and Jones.

Submitted On:                                    LAW OFFICES OF WAUKEEN McCOY

September 3, 2008                         By:  _____/s/_____
                                                           Waukeen Q. McCoy
                                                           Attorney for Plaintiff, Arthur L. Brown