```
WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
SPENCER F. SMITH, ESQ. (SBN: 236587)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone:    (415) 675-7705
Facsimile:    (415) 675-2530

Attorney for Plaintiff
Arthur L. Brown
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>Defendant. | Case No. c 07-6036<br><br>**EX PARTE APPLICATION BY PLAINTIFF ARTHUR L. BROWN FOR ORDER AMENDING SCHEDULING ORDER** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Arthur Brown herby applies *Ex parte* pursuant to Local Rule 7-10 and Rule 30 of the Federal Rules of Civil Procedure, for an Order to amend the scheduling order and extend the discovery cutoff date by a minimum of 8 months.

On September 4, 2008, counsel for Plaintiffs notified counsel for Defendants by phone and of Plaintiff's intention to bring this *Ex Parte* Application. (Declaration of Spencer Smith, ¶

2) During the phone conversation Plaintiff's counsel informed Defense Counsel that he would be making this *Ex Parte* Application, on September 4, 2008 asking the Court to amend the scheduling order in this case and extend the pretrial proceedings by a minimum of 8 months.

This *Ex Parte* Application is brought on the grounds that (1) without the requested *ex parte* relief, Plaintiff will be severely prejudiced in this matter as he just retained counsel in this matter on August 25, 2008. Not amending the scheduling order will preclude Plaintiff from taking vital discovery prior to the motion for summary judgment.

This *Ex Parte* Application is based on the attached Memorandum of Points & Authorities, the attached Declaration of Spencer Smith and the files and records in this case.

Dated: September 4, 2008                    LAW OFFICES OF WAUKEEN McCOY

                                            By:      /s/
                                                Waukeen Q. McCoy
                                                Attorney for Plaintiff, Arthur L. Brown