WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
SPENCER F. SMITH, ESQ. (SBN: 236587)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone:    (415) 675-7705
Facsimile:    (415) 675-2530

Attorney for Plaintiff
Arthur L. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>Defendant. | Case No. c 07-6036<br><br>**DECLARATION OF SPENCER F. SMITH IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO AMEND SCHEDULING ORDER** |

1.    I, SPENCER F. SMITH, declare and certify as follows:

I represent the Plaintiff in the above captioned matter. I make this declaration of my own personal knowledge and if called to testify to these matters I could and would testify competently under oath.

1

2. On September 4, 2008, I notified defense counsel via telephone of my intent to apply *ex parte* for an Order to Amend Scheduling Order.

3. Defense counsel and I attempted to reach a stipulation regarding an amended Schedule, but were unable to do so.

4. Plaintiff Arthur L. Brown just retained the Law Offices of Waukeen McCoy on August 25, 2008.

5. Good cause exists to amend the Scheduling Order and extend the discovery cutoff date for a period of 8 months as Plaintiffs will suffer irreparable harm if forced to adhere to the current discovery cutoff, which is only 11 days after counsel was retained.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 4, 2008        By: _____
                                SPENCER F. SMITH, Declarant

2