WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
SPENCER F. SMITH, ESQ. (SBN: 236587)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone:   (415) 675-7705
Facsimile:   (415) 675-2530

Attorney for Plaintiff
Arthur L. Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION<br><br>Defendant. | Case No. c 07-6036<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION** |

**[PROPOSED] ORDER**

This Court, having considered the Ex Parte Application and all of the supporting documentation submitted on September 4, 2006 by Plaintiff Arthur Brown;

**IT IS ORDERED THAT:**

1

1.     All dates on the Courts current scheduling order, except the mediation deadline are continued 8 months.

**IT IS SO ORDERED.**

DATED: September ____, 2008.   By:_____
                                                      **Magistrate Judge Elizabeth D. Laporte**