**United States District Court**

For the Northern District of California

1
2
3
4                      UNITED STATES DISTRICT COURT

5                     NORTHERN DISTRICT OF CALIFORNIA

6

7

ARTHUR L BROWN

8              Plaintiff,                          No. C 07-06036 EDL

9        v.                                        CLERK'S NOTICE

10   LURITA ALEXIS DOAN,

11              Defendant.

12   _____/

13

14        TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a further case management conference is scheduled for September 16,

15   2008 at 3:00 p.m. before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate

16   Avenue, San Francisco.

17

18   Dated:  September 8, 2008

19                                            FOR THE COURT,
                                              Richard W. Wieking, Clerk
20

21
                                         by:  _____
22                                            Lili M. Harrell
                                              Courtroom Deputy
23

24

25

26

27

28