UNITED STATES DISTRICT COURT

Northern District of California

ARTHUR BROWN,

    Plaintiff,

v.

LURITA DOAN,

    Defendant.
_____/

No. C07-6036 EDL

**ORDER TERMINATING ASSISTED MEDIATION**

The above-entitled action was placed in the Assisted Mediation Program. Upon the application by the Pro Se Plaintiff, Special Mediation Counsel were designated to educate and assist the Pro Se Plaintiff in preparation for, participation in, and follow up to a mediation in this case.

It has come to the attention of the Court that plaintiff Arthur L. Brown has now secured counsel to represent him for all purposes in this matter. Additionally, plaintiff's new counsel of record has requested that Special Mediation Counsel be relieved of their duties to assist Mr. Brown through the mediation process. Accordingly, the court now removes this case from the Assisted Mediation Program. This terminates any further responsibilities of Special Mediation Counsel in this case.

////
////
////
////

The court extends its thanks to Special Mediation Counsel for their efforts to date in the Assisted Mediation Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated: September 17, 2008

BY: *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge