IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR L BROWN,            No. C-07-06036 EDL

      Plaintiff,                     **ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

  v.

LURITA ALEXIS DOAN,

      Defendant.
                                  /

On September 16, 2008, the Court held a further case management conference in this matter during which the Court made the following orders:

1. The fact discovery cutoff is extended to January 31, 2009.

2. The last day for hearing dispositive motions is March 10, 2009.

3. The pretrial conference is scheduled for June 23, 2009 at 2:00 p.m.

4. Trial in this matter is set for July 13, 2009.

5. The parties shall meet and confer regarding expert discovery dates and shall jointly propose dates no later than September 17, 2008.

6. The parties agreed that Plaintiff may be deposed for more than seven hours and on more than one day, with the first day being on September 18, 2008 prior to the scheduled mediation, due to Plaintiff's delay in responding to outstanding discovery responses. The parties are encouraged to agree on the additional number of hours allowed for Plaintiff's deposition, which will be at least three, if not more, hours.

**IT IS SO ORDERED**

Dated: September 17, 2008

                                                        _Elizabeth D. Laporte_
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge