JOSEPH P. RUSSONIELLO (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6748
    Email: victoria.carradero@usdoj.gov

Attorneys for Defendant

WAUKEEN Q. MCCOY
SPENCER F. SMITH
CONOR D. MACK
Law Offices of Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103
    Telephone:(415) 675-7705
    Fax: (415) 675-2530
    Email: mccoylawsf@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN, | Case No.  C 07-06036 EDL |
|     Plaintiff, | STIPULATION AND [PROPOSED] |
|     v. | ORDER MODIFYING COURT'S 9/17/08 SCHEDULING ORDER |
| LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION | |
|     Defendant. | |

STIPULATION AND [PROPOSED] ORDER MODIFYING COURT'S 9/17/08 SCHEDULING
ORDER- Case No. C 07-06036 EDL

Plaintiff Arthur Brown ("plaintiff") and Defendant, Lurita Alexis Doan, Administrator, General Services Administration ("defendant"), by and through their undersigned attorneys, hereby enter into the following stipulation modifying the Court's scheduling order issued September 17, 2008.

WHEREAS, the parties appeared before the Court for a Case Management Conference in order to set a new case schedule;

WHEREAS, on September 17, 2008, the Court entered new dates and ordered the parties to meet and confer and jointly propose expert discovery dates;

WHEREAS, in addition to jointly proposing expert discovery dates, the parties stipulate to slight modify the fact discovery cut-off date and the last day to hear dispositive motions for the reasons that (1) the discovery cut-off date of January 31, 2009 falls on a Saturday; and (2) there is insufficient time (1 court day) between the discovery cut-off date and the deadline to file a dispositive motion in time for a March 10, 2009 hearing date;

IT IS HEREBY STIPULATED by the undersigned for and on behalf of the parties represented by them that:

1. The fact discovery cut-off date will be continued from January 31, 2009 to February 6, 2009.

2. The parties shall exchange initial expert disclosures by April 6, 2009.

3. The parties shall exchange rebuttal expert disclosures by April 27, 2009.

4. The last day to hear dispositive motions will be continued from March 10, 2009 to April 7, 2009.

5. All expert discovery will be completed by May 19, 2009.

6. All other dates in the Court's September 17, 2008 order shall remain the same.

//

//

//

STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING COURT'S 9/17/08 SCHEDULING ORDER- Case No. C 07-06036 EDL

1

1    DATED:   September 17, 2008                 /s/
                                          _____
2                                         CONOR MACK
                                          Attorney for Plaintiff Arthur Brown
3

4                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
5

6    DATED:   September 17, 2008   By:            /s/
                                          _____
7                                         VICTORIA R. CARRADERO
                                          Assistant United States Attorney
8                                         Attorneys for Defendant

                                  **ORDER**
9        The Court, having considered the stipulation of the parties, hereby modifies the current

10   scheduling order as follows:

11       1.  The fact discovery cut-off date will be continued from January 31, 2009 to February 6,

12   2009.

13       2.  The parties shall exchange initial expert disclosures by April 6, 2009.

14       3.  The parties shall exchange rebuttal expert disclosures by April 27, 2009.

15       4.  The last day to hear dispositive motions will be continued from March 10, 2009 to

16   April 7, 2009.

17       5.  All expert discovery will be completed by May 19, 2009.

18       6.  All other dates in the Court's September 17, 2008 order shall remain the same.

19

20   **IT IS SO ORDERED.**

21

22   September 18, 2008

23   Elizabeth D. L...
     United Stat...



24

25

26

27

28
     STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING COURT'S 9/17/08 SCHEDULING
     ORDER- Case No. C 07-06036 EDL
                                   2