IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARTHUR L BROWN,  No. C-07-06036 EDL

    Plaintiff,  **ORDER REQUIRING PLAINTIFF'S RESPONSE**

  v.

LURITA ALEXIS DOAN,

    Defendant.
_____/

On October 9, 2008, Defendant filed a letter requesting that the Court supervise the remainder of Plaintiff's deposition by permitting the deposition to occur at the courthouse. Plaintiff shall file a responsive letter no later than October 17, 2008.

**IT IS SO ORDERED.**

Dated: October 15, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge