IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L BROWN, | No. C-07-06036 EDL |
| Plaintiff, | **ORDER RE: DEFENDANT'S OCTOBER 9, 2008 LETTER** |
| v. | |
| LURITA ALEXIS DOAN, | |
| Defendant. | |

On October 9, 2008, Defendant filed a letter requesting that the Court supervise the remainder of Plaintiff's deposition by permitting the deposition to occur at the courthouse. On October 17, 2008, Plaintiff filed a responsive letter, and Defendant filed a further responsive letter. The Court has carefully reviewed the parties' filings and concludes that good cause exists for a court-supervised deposition. Plaintiff's deposition shall be held in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, CA on November 5, 2008 at 9:00 a.m. Counsel are cautioned that speaking objections are not permitted, and "asked and answered" is not a proper objection. Counsel are also admonished to conduct the deposition in a civil and respectful manner both to each other and to the witness.

**IT IS SO ORDERED.**

Dated: October 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge