JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO CSBN (217885)
Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:   (415) 436-7181
Facsimile:   (415) 436-6748
Email:       victoria.carradero@us.doj.gov
Attorneys for Defendant

WAUKEEN Q. MCCOY (SBN: 168228)
CONOR DANIEL MACK (SBN: 253878)
Law Offices of Waukeen Q. McCoy
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone:(415) 675-7705
Fax: (415) 675-2530
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN,<br><br>               Plaintiff,<br><br>    v.<br><br>LURITA ALEXIS DOAN,<br>ADMINISTRATOR, GENERAL<br>SERVICES ADMINISTRATION,<br><br>               Defendant. | No. C 07-6036 EDL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER MODIFYING COURT'S 9/17/08<br>SCHEDULING ORDER |

      Plaintiff Arthur Brown ("plaintiff") and Defendant, Lurita Alexis Doan, Administrator, General Services Administration ("defendant"), by and through their undersigned attorneys, hereby enter into the following stipulation extending the date for the parties to complete the mediation before the Court's ADR program.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DATE TO COMPLETE MEDIATION,
C 07-6036 EDL

WHEREAS, on August 05, 2008, the Court ordered the parties complete mediation by October 10, 2008;

WHEREAS, the parties have been unable to complete mediation because Plaintiff's deposition is still ongoing;

WHEREAS, the parties have just completed their ADR conference and were instructed to file a stipulation and proposed order with the court;

WHEREAS, the parties have agreed to a reasonable extension of the date by which to complete mediation;

IT IS HEREBY STIPULATED by the undersigned for and on behalf of the parties represented by them that:

1. The Parties shall complete mediation through the Court's ADR program by February 27, 2008.

LAW OFFICES OF WAUKEEN Q. McCOY

DATED: December 4, 2008         By:    /s/
                                       CONOR MACK
                                       Attorney for Plaintiff Arthur Brown


                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


DATED: December 4, 2008         By:    /s/
                                       VICTORIA R. CARRADERO
                                       Assistant United States Attorney
                                       Attorneys for Defendant


**ORDER**

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DATE TO COMPLETE MEDIATION, C 07-6036 EDL

The Court, having considered the stipulation of the parties, hereby modifies the current scheduling order as follows:

1. The Parties shall complete mediation through the Court's ADR program by February 27, ~~2008~~ 2009.

**IT IS SO ORDERED**.

December __8___, 2008



IT IS SO ORDERED

Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE DATE TO COMPLETE MEDIATION,
C 07-6036 EDL