JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
VICTORIA R. CARRADERO (CSBN 217885)
victoria.carradero@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   FAX: (415) 436-6748

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR L. BROWN, | Case No. C 07-06036 EDL |
|     Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| LURITA ALEXIS DOAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION | |
|     Defendant. | |

1 | Plaintiff Arthur L. Brown ("Plaintiff") and Defendant Lurita Alexis Doan, Administrator, General Services Administration ("Defendant"), by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this lawsuit *Arthur L. Brown v. Lurita Alexis Doan, Administrator, General Services Administration*, United States District Court for the Northern District of California, Case No. C 07-6036 - EDL.   Each side will bear its own costs.

LAW OFFICES OF WAUKEEN MCCOY

DATED: April 8, 2009          _____/s/_____
Waukeen McCoy
Attorneys for Plaintiff Arthur L. Brown

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: April 8, 2009          _____/s/_____
Victoria R. Carradero
Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED.

DATED: \_\_April 8\_\_, 2009          _____
Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION OF DISMISSAL
Case No. C 07-6036 EDL